SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Donald G. Rez, SBN 82615
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Edgar R. Cataxinos
Allen C. Turner
Brandon S. Mecham
Andrew A. Hufford
TRASK BRITT, PC
230 South 500 East, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 532-1922

Attorneys for Defendant, ViroNovative B.V.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENMARK DIAGNOSTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIRONOVATIVE B.V., a Dutch limited liability company,<br><br>Defendant. | Case No.: 3:14-cv-1140-BEN-JLB<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILING TO STATE A CLAIM**<br><br>Date: July 21, 2014<br>Time: 10:30 a.m.<br>Dept: Courtroom 5A<br><br>Judge: Hon. Roger T. Benitez<br>Trial Date: Not Set<br>Complaint Filed: May 6, 2014 |

PLEASE TAKE NOTICE that on July 21, 2014, or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled court located at 221 West Broadway, San Diego, California, Defendant ViroNovative B.V. will and hereby does move to dismiss Plaintiff's Amended Complaint. This Motion is and will be made under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Specifically, the claims

362981-v1

1

1  of the Amended Complaint should be dismissed under Fed. R. Civ. P. 12(b)(6) for
2  failing to state a claim for which relief can be granted because Plaintiff failed to set
3  forth facts sufficient to plead claims for invalidity and noninfringement of the Patents
4  in Suit.
5       This Motion is and will be based upon this Notice of Motion and Motion, the
6  accompanying Memorandum of Points and Authorities, the pleadings and papers on
7  file on this case, and upon such other matter as may be presented or judicially noticed
8  before or at the hearing.

10  Dated this 16th day of June, 2014

12                                    By:    */s/ Donald G. Rez*
13                                            Donald G. Rez
                                              Attorney for Defendant
14                                            VIRONOVATIVE B.V.