1    MORGAN, LEWIS & BOCKIUS LLP
     Daniel Johnson, Jr., Bar No. 57409
2    djjohnson@morganlewis.com
     One Market, Spear Street Tower
3    San Francisco, CA  94105-1126
     Tel:   +1.415.442.1000
4    Fax:   +1.415.442.1001

5    MORGAN, LEWIS & BOCKIUS LLP
     Dion M. Bregman, Bar No. 208393
6    dbregman@morganlewis.com
     2 Palo Alto Square
7    3000 El Camino Real, Suite 700
     Palo Alto, CA  94306
8    Tel:   +1.650.843.4000
     Fax:   +1.650.843.4001
9
     Attorneys for Plaintiff
10   GENMARK DIAGNOSTICS, INC.

11

12                    UNITED STATES DISTRICT COURT

13                 SOUTHERN DISTRICT OF CALIFORNIA

14   GENMARK DIAGNOSTICS, INC., a          Case No. CV 14-1140 BEN-JLB
     Delaware corporation,
15                                         **NOTICE OF PLAINTIFF'S**
                 Plaintiff,                **VOLUNTARY DISMISSAL**
16                                          **WITH PREJUDICE OF ALL**
           vs.                             **CLAIMS AGAINST**
17                                          **DEFENDANTS PURSUANT TO**
     VIRONOVATIVE BV, a Dutch Limited      **F.R.C.P. 41(a)(1)(A)(i)**
18   Liability Company, MEDIMMUNE,
     LLC, a Delaware Limited Liability     **Judge:  Hon. Roger T. Benitez**
19   Company, MEDIMMUNE VACCINES,
     INC., a Delaware corporation, d/b/a
20   MEDIMMUNE, LLC, a Delaware
     Limited Liability Company,
21
                 Defendants.
22

23

24

25

26

27

28

1    TO:  ALL INTERESTED PARTIES AND THEIR COUNSEL:

2          PLEASE TAKE NOTICE, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal

3    Rules of Civil Procedure, Plaintiff GenMark Diagnostics, Inc. hereby gives notice

4    that the above-captioned action is voluntarily dismissed, with prejudice, against

5    Defendants ViroNovative B.V., MedImmune, LLC and MedImmune Vaccines, Inc.

6    Dated:  March 30, 2015                          MORGAN, LEWIS & BOCKIUS LLP

7

8                                                    By  *s/ Daniel Johnson, Jr.*
                                                        Daniel Johnson, Jr.
9                                                       Attorneys for Defendant
                                                        Genmark Diagnostics, Inc.
10                                                      E-mail:  djjohnson@morganlewis.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25794174.1

                                        1                NOTICE OF PLTF'S VOLUNTARY
                                                         DISMISSAL, CV 14-1140 BEN-JLB

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March 2015, I electronically filed the foregoing Notice of Plaintiff's Voluntary Dismissal With Prejudice of All Claims Against Defendants Pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

> Donald G. Rez
> SULLIVAN HILL LEWIN REZ & ENGEL
> 550 West C Street, 15th Floor
> San Diego, CA  92101
>
> Edgar R. Cataxinos
> Allen C. Turner
> Brandon S. Mecham
> Andrew A. Hufford
> TRASK BRITT, PC
> 230 South 500 East, Suite 300
> Salt Lake City, UT  84102
>
> Attorneys for Defendants ViroNovative BV, MedImmune LLC, and MedImmune Vaccines, Inc.

*/s/Daniel Johnson, Jr.*
Daniel Johnson, Jr.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF PLTF'S VOLUNTARY
DISMISSAL, CV 14-1140 BEN-JLB

DB2/ 25794174.1